CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
03/30/2019
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

ROBERT G. HAMLETT,

*Plaintiff*,

v.

NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,

*Defendant*.

CASE NO. 6:17-cv-00050

ORDER

JUDGE NORMAN K. MOON

Before the Court are the parties' cross motions for summary judgment (dkts. 13, 16), the Report and Recommendation of United States Magistrate Judge Robert S. Ballou (dkt. 18, hereinafter "R&R"), and Plaintiff's Objections to the R&R (dkt. 19). Pursuant to Standing Order 2011-17 and 28 U.S.C. § 636(b)(1)(B), the Court referred this matter to Judge Ballou for proposed findings of fact and a recommended disposition. After review of the record, the R&R, and the Objections, the Objections are **OVERRULED**. Accordingly:

1. The R&R, (dkt. 18), is hereby **ADOPTED** in full;

2. Plaintiff's Motion for Summary Judgment, (dkt. 13) is hereby **DENIED**;

3. Defendant's Motion for Summary Judgment (dkt. 16) is hereby **GRANTED**;

4. The Commissioner's final decision is hereby **AFFIRMED**;

5. This case is stricken from the active docket.

Entered this __30th__ day of March, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

1